## Commonwealth ex rel. Williams, Appellant, *v.* Rundle.

Submitted March 15, 1965. *John Leonard Williams, Jr.,* appellant, in propria persona; *Morton E. Frankel* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

 Order affirmed.

 FLOOD, J., absent.

## Commonwealth *v.* Berry, Appellant.

Argued March 15, 1965. *William J. Myers,* for appellant; *Warren R. Yocum, Jr.,* District Attorney, for Commonwealth, appellee.

 Judgment of sentence affirmed.

 FLOOD, J., absent.